UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
GERALD MULKIN,                              :    DOCKET NO. 3: 03 CV 901 (RNC)
                                            :
                Plaintiff,                  :
                                            :
    -against-                               :
                                            :
ANIXTER, INC.,                              :
                                            :
                Defendant.                  :
                                            :
                                            :    OCTOBER 14, 2003
---------------------------------------------------------------x

## MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Anixter, Inc. ("Anixter"), respectfully requests that the Court grant an extension of time to file its reply brief in support of its motion to dismiss, presently due on October 17, 2003, by five (5) business days, up to and including October 24, 2003.

The additional time is necessary to allow the client to review the reply in support of the motion to dismiss. This is Anixter's first request for an extension of time to file a reply in support of its motion to dismiss and Anixter's fourth motion of extension of time in this litigation. Plaintiff's counsel consents to this motion.

DEFENDANT,
ANIXTER, INC.

By /s/ *[signature]*
Kenneth W. Gage (ct 12965)
Melissa L. Bellavia (ct 22319)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT  06901
Telephone No. (203) 977-7300
Facsimile No.   (203) 977-7301
kwgage@dbh.com
mlbellavia@dbh.com
Its Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that, on October 14, 2003, a copy of the foregoing was sent via regular first class mail, postage prepaid, to:

Igor I. Sikorsky, Jr.
P.O. Box 38
121 Perry Street
Unionville, CT 06085

_____
Melissa L. Bellavia