UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------------x
GERALD MULKIN,                              :   DOCKET NO. 3: 03 CV 901 (RNC)
                                            :
            Plaintiff,                      :
                                            :
  -against-                                 :
                                            :
ANIXTER, INC.,                              :
                                            :
            Defendant.                      :
                                            :
                                            :   FEBRUARY 25, 2004
----------------------------------------------------------------x

**MOTION ON CONSENT FOR EXTENSION OF TIME TO REQUEST PREFILING
CONFERENCE REGARDING A MOTION FOR SUMMARY JUDGMENT**

      Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Anixter, Inc. ("Anixter") respectfully requests that the Court grant an extension of time to request a prefiling conference regarding a motion for summary judgment, presently due pursuant to the court's scheduling order on March 1, 2004, by ten (10) business days, up to and including March 15, 2004.

      The additional time is necessary to allow Anixter to take the Plaintiff's deposition and analyze whether it is appropriate to move for summary judgment. The parties are currently scheduling the Plaintiff's deposition for the second week of March 2004. The Plaintiff's deposition was initially scheduled for January 8, 2004. However, due to a discovery dispute between the parties, the deposition needed to be postponed.

**ORAL ARGUMENT NOT REQUESTED**

Once the deposition is complete, Anixter will be in a better position to determine whether it is appropriate to move for summary judgment.

This is Anixter's first request for an extension of time to request a prefiling conference regarding a motion for summary judgment, and Anixter's fifth motion for extension of time in this litigation.  Plaintiff's counsel consents to this motion.

                                                     DEFENDANT,
                                                     ANIXTER, INC.


By_____
    Kenneth W. Gage (ct 12965)
    Melissa L. Bellavia (ct 22319)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, CT  06901
    Telephone No. (203) 977-7300
    Facsimile No.  (203) 977-7301
    kwgage@dbh.com
    mlbellavia@dbh.com
    Its Attorneys

## **CERTIFICATION**

      THIS IS TO CERTIFY that, on February 25, 2004, a copy of the foregoing was sent via regular first class mail, postage prepaid, to:

Igor I. Sikorsky, Jr.
P.O. Box 38
121 Perry Street
Unionville, CT 06085

 

_____
Melissa L. Bellavia