

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -- A 11: 27
U.S. DISTRICT COURT
HARTFORD, CT

---------------------------------------------------------------x
GERALD MULKIN,                       :   DOCKET NO. 3:03 CV 901 (RNC)
                    Plaintiff,       :
    -against-                        :
ANIXTER, INC.,                       :
                    Defendant.       :
                                     :   FEBRUARY 25, 2004
---------------------------------------------------------------x

### MOTION ON CONSENT FOR EXTENSION OF TIME TO REQUEST PREFILING CONFERENCE REGARDING A MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Anixter, Inc. ("Anixter") respectfully requests that the Court grant an extension of time to request a prefiling conference regarding a motion for summary judgment, presently due pursuant to the court's scheduling order on March 1, 2004, by ten (10) business days, up to and including March 15, 2004.

The additional time is necessary to allow Anixter to take the Plaintiff's deposition and analyze whether it is appropriate to move for summary judgment. The parties are currently scheduling the Plaintiff's deposition for the second week of March 2004. The Plaintiff's deposition was initially scheduled for January 8, 2004. However, due to a discovery dispute between the parties, the deposition needed to be postponed.

**ORAL ARGUMENT NOT REQUESTED**

*February 26, 2004. Granted. So ordered. Robert N. Chatigny U.S.D.J.*