UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
GERALD MULKIN,                       : DOCKET NO. 3: 03 CV 901 (RNC)
                                     :
            Plaintiff,               :
                                     :
   -against-                         :
                                     :
ANIXTER, INC.,                       :
                                     :
            Defendant.               :
                                     :
                                     : FEBRUARY 26, 2004
---------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Anixter, Inc. ("Anixter"), respectfully submits this Corporate Disclosure Statement. Anixter respectfully reserves the right to supplement this disclosure.

Anixter is a wholly owned subsidiary of Anixter International Inc., which is a publicly traded company and which is not owned by any other company.

-2-

        DEFENDANT,
        ANIXTER, INC.


By_____
    Kenneth W. Gage, Esq. (ct12965)
    Melissa L. Bellavia, Esq. (ct22319)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901
    (203) 977-7300 (telephone)
    (203) 977-7301 (facsimile)
    kwgage@dbh.com
    mlbellavia@dbh.com
    Its Attorneys

-3-

## CERTIFICATION

       THIS IS TO CERTIFY that a copy of the foregoing was mailed on February 26, 2004, via regular mail, postage prepaid, to:

Igor I. Sikorsky, Esq.
P.O. Box 38
121 Perry Street
Unionville, CT 06805

                                                    _____
                                                    Melissa L. Bellavia