# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x
GERALD MULKIN,                    : DOCKET NO. 3: 03 CV 901 (RNC)
                :
        Plaintiff,           :
                :
-against-                         :
                :
ANIXTER, INC.,                    :
                :
        Defendant.          :
                :
                : MARCH 11, 2004
-----------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to a dismissal with prejudice of the above matter, without attorneys' fees or costs to either party. The parties stipulate to dismiss, with prejudice, all claims, demands, complaints and appeals thereof that were or could have been raised by the Plaintiff, Gerald Mulkin, against the Defendant, Anixter, Inc.

This Stipulation of Dismissal With Prejudice hereby is respectfully filed by the parties set forth below.

| **COUNSEL FOR PLAINTIFF,** | **COUNSEL FOR DEFENDANT,** |
|---|---|
| Gerald Mulkin | Anixter, Inc. |

By:  Igor I. Sikorsky, Jr. (ct 04233)
P.O. Box 38
Unionville, CT 06085
Telephone No. (860) 675-5313
Facsimile No. (860) 675-7104
His Attorney

By:  Kenneth W. Gage (ct 12965)
Melissa L. Bellavia (ct 22319)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Telephone No. (203) 977-7300
Facsimile No. (203) 977-7301
kwgage@dbh.com
mlbellavia@dbh.com
Its Attorneys