EXHIBIT A



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 APR 22  A 11: 08

U.S. DISTRICT COURT

---------------------------------------------------------x
GERALD MULKIN,                          :    DOCKET NO. 3: 03 CV 901 (RNC)
                                        :
              Plaintiff,                :
                                        :
   -against-                            :
                                        :
ANIXTER, INC.,                          :
                                        :
              Defendant.                :
                                        :
                                        :    MARCH 11, 2004
---------------------------------------------------------x

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to a dismissal with prejudice of the above matter, without attorneys' fees or costs to either party. The parties stipulate to dismiss, with prejudice, all claims, demands, complaints and appeals thereof that were or could have been raised by the Plaintiff, Gerald Mulkin, against the Defendant, Anixter, Inc.

Approved. So ordered.
Robert N. Chatigny/U.S.D.J.

April 23, 2004.

-8-